# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11648

_____

SHEYLA DYER CORIAT,
PIERO MARTIN DYER CORIAT

                              Consol Plaintiffs-Appellants,

*versus*

SAMUEL BARNABY DYER CORIAT,

                              Petitioner-Appellant,

*versus*

WELLS FARGO BANK, NA,

2     Order of the Court     23-11648

Consol Defendant-Appellee,

*versus*

UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE,
TRUIST BANK,

Respondents-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-22788-RNS

_____

Before ROSENBAUM, BRANCH, and BRASHER, Circuit Judges.

BY THE COURT:

    Plaintiffs-Appellants' motion to stay the district court proceedings pending appeal is DENIED, as they have not made the requisite showing. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).